UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DAVIS WINE COMPANY,** a partnership, | No. 3:10-cv-00650-HU |
| Plaintiff, | **OPINION AND ORDER** |
| v. | |
| **VINA Y BODEGA ESTAMPA, S.A.,** a Chilean Company, | |
| Defendant. | |

Darian A. Stanford
Phil Nelson
Jason E. Hirshon
SLINDE NELSON LLC
111 SW Fifth Avenue, Suite 1740
Portland, OR 97204
Telephone: (503) 417-7777
Facsimile: (503) 417-4250

    Of Attorneys for Plaintiff

Allison D. Rhodes
Calon N. Russell
HINSHAW & CULBERTSON LLP
1000 SW Broadway, Suite 1250
Portland, OR 97205-3000
Telephone: (503) 243-3243
Facsimile: (503) 243-3240

    Of Attorneys for Defendant

Page 1 - OPINION AND ORDER

**HUBEL, J.,**

Before the Court is defendant Vina y Bodega Estampa, S.A.'s ("Estampa") motion to compel the production of documents and answers to interrogatories from plaintiff Davis Wine Company ("Davis Wine"). Estampa's motion concerns the following interrogatories and requests for production:

- **INTERROGATORY NO. 4:** Has Davis Wine ever had any written or unwritten policy(ies) for the retention or destruction of documents, including but not limited to business records? If unwritten please describe any such policies and the dates they were in effect. (Russell Decl. Ex. G.)
- **INTERROGATORY NO. 5:** Has destruction or overwriting of documents been suspended at Davis Wine? If so, on what date did suspension begin? (Russell Ex. G.)
- **INTERROGATORY NO. 10:** As to the storage of data generated by the users of your devices capable of storing electronic information, please state whether the data are backed up on tape, disk, hard drive, flash drive, server, or other media? (Russell Ex. G.)
- **REQUEST NO. 4:** Any and all emails from the email address dwc@daviswine.com to any agent, employee, officer, owner, or representative of Estampa at any time from 2006 to the present, in both native format and static images with a bates-numbered identifier. (Russell Decl. Ex. B.)
- **REQUEST NO. 5:** Any and all correspondence, including emails, dated January 4, 2008, sent by dwc@daviswine.com to marie.chaisson@gmail.com in both native format and static

```
 1          images with a bates-numbered identifier.  (Russell Decl. Ex.
 2          B.)
 3    •     REQUEST NO. 15: All documents pertaining to any license
 4          authorizing Davis Wine Company to import wine into the United
 5          States of America.  (Russell Decl. Ex. B.)
 6    •     REQUEST NO. 21: All documents pertaining to any license
 7          authorizing Davis Wine Company to wholesale wine in the United
 8          States of America.  (Russell Decl. Ex. B.)
 9    •     REQUEST NO. 34: All documents pertaining to wine bought and/or
10          wine sold by Davis Wine from 2006 to the present, including
11          but not limited to: All invoices related to Davis Wine's
12          transactions, including but not limited to transactions with
13          wineries, bottlers, distributors, wholesalers, and retailers.
14          (Russell Decl. Ex. G.)
15    •     REQUEST NO. 40: All document from 2006 to the present relating
16          to Davis Wine's efforts to develop business and/or potential
17          business relationships with wineries, including but not
18          limited to materials related to negotiations with wineries,
19          potential sales/transactions, marketing activities, and/or
20          business development activities. Such documents shall include
21          e-mail, correspondence, and any documents related to
22          negotiations. (Russell Decl. Ex. G.)
23    •     REQUEST NO. 42: All documents identifying Davis Wine's efforts
24          to perform and expenses incurred under the January 7, 2008
25          agreement with Estampa.  (Russell Decl. Ex. G.)
26          For the reasons stated on the record at the time of oral
27   argument, all of which are incorporated herein by reference,
28   Estampa's motion (Docket No. 76) to compel is GRANTED in part and
```

Page 3 - OPINION AND ORDER

DENIED in part as noted on the record and in particular, with respect to Requests for Production Nos. 4 and 5, Davis Wine must permit a forensic IT professional to: (1) inspect Davis Wine's computer's hard drive for data associated with the January 4, 2008 email at issue (i.e., Word documents etc.); and (2) download and analyze any email that can be recovered from Davis Wine's Hotmail account concerning Estampa and/or the parties' importation agreement and negotiations. (*See* Status Report (Docket No. 84) at 1-4.)

IT IS SO ORDERED.

Dated this 22nd day of August, 2012.

/s/ Dennis J. Hubel

_____
DENNIS J. HUBEL
United States Magistrate Judge

Page 4 - OPINION AND ORDER